# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br>JAYLEN BRANCHEAU<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)  1:22-mj-986<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of October 30, 2022 in the county of Marion in the Southern District of Indiana, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 751 | Escape from the Custody of Institution or Officer |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

/s/ Cody Medlock
*Complainant's signature*

Cody Medlock, DUSM, USMS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by telephone *(reliable electronic means)*

Date: 11/29/2022
Date:

City and state: Indianapolis, IN

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

## Affidavit in Support of Criminal Complaint

I, Deputy United States Marshal Cody Medlock, being duly sworn, depose and state:

### Introduction

1. I am currently a Criminal Investigator (Deputy U.S. Marshal) with the United States Marshals Service (USMS) and have been employed as such for approximately 5 years. I am currently assigned to the Southern District of Indiana, Indianapolis Division and prior to this I served as a Special Agent with the Naval Criminal Investigative Service (Norfolk, VA) and Chief Deputy with the Lawrence County Sheriff's Office (Bedford, IN). I am a graduate of the Criminal Investigator Training Program and the Basic Deputy United States Marshal program at the Federal Law Enforcement Training Center and hold a bachelor's degree in Criminology and Criminal Justice. I am a Law Enforcement Officer of the United States, that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for the offenses enumerated in Title 18 and Title 21 United States Code.

2. The information in this affidavit is based on my personal knowledge and information provided to me by other law enforcement officers and individuals. The information in this affidavit is provided for the limited purpose of establishing probable cause in support of an application for a criminal complaint and arrest warrant. The information is not a complete statement of all the facts related to this case.

## Purpose of the Application

3.  This Affidavit is made in support of an application for a Criminal Complaint and Arrest Warrant charging Jaylen Brancheau (BRANCHEAU) with Escape from Custody in violation of Title 18, United States Code, Sections 751(a) and 4082(a).

## Facts Supporting the Issuance of an Arrest Warrant

4.  This investigation involves the escape of BRANCHEAU, USMS #16858028, from the custody of the Volunteers of America (VOA), within the Southern District of Indiana.  For reasons stated below, there is cause to believe that BRANCHEAU has committed a violation of Title 18, United States Code, Section 751 (Escape from the Custody of Institution or Officer).  18 U.S.C. § 751 prohibits the escape from custody of the Attorney General or his authorized representative, or from any institution or facility in which he is confined by direction of the Attorney General, or from any custody under or by virtue of any process issued under laws of the United States by any court, judge, or magistrate judge, where the custody or confinement is by virtue of an arrest on a charge of a felony, or conviction of any offense.

5.  On February 20, 2019, BRANCHEAU was indicted in the Southern District of Indiana for the following offenses:  Possession with Intent to Distribute a Controlled Substance in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D); Possession of a Firearm in Furtherance of a Drug Trafficking Crime in violation of 18 U.S.C. § 924(c); and two counts of False Statement During Purchase of a Firearm in violation of 18 U.S.C. § 922(a)(6).  On October

22, 2020, BRANCHEAU was sentenced by the Honorable Tanya Walton Pratt to 60 months and 1 day imprisonment, with 3 years of supervised release to follow.  On January 11, 2021, BRANCHEAU was transferred to the United States Penitentiary in Marion Illinois to serve his sentence.  On October 4, 2022, BRANCHEAU was transferred to the Volunteers of America (Indianapolis, IN) to continue the service of his sentence.

6. On October 30, 2022, USMS received notice from the Bureau of Prisons, Residential Reentry Program Office (Detroit, MI) that BRANCHEAU had unlawfully escaped from their custody.  The Notice outlined that on October 30, 2022, BRANCHEAU left the Volunteers of America in Indianapolis, his designated place of detention, on a church pass.  He was due back at 2:00PM on the same date but failed to return and was placed on escape status.  VOA staff attempted to contact BRANCHEAU but were not successful.

7. Interviews were conducted with BRANCHEAU's grandmother who was listed as his emergency contact.  BRANCHEAU's grandmother attempted to persuade BRANCHEAU to self-surrender during multiple phone calls but reported to investigators that BRANCHEAU ultimately decided not to surrender.  BRANCHEAU's whereabouts are unknown at the time of this application.

## CONCLUSION

8. Based on the facts set forth herein, I respectfully submit that probable cause exists to believe that BRANCHEAU has committed a violation of Title 18 U.S.C. § 751 (Escape).

    /s/ Cody Medlock
Cody Medlock
Deputy United States Marshal
United States Marshals Service

Sworn to before me by telephonic or other reliable means in accordance with Rules 41(d)(3) and 4.1 this 29 day of November 2022.



Mario Garcia
United States Magistrate Judge
Southern District of Indiana