UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO.  1:23-cr-00124-JRS-MG-1 |
| | ) | |
| JAYLEN BRANCHEAU, | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On April 2, 2026, the Court held a hearing on the Petition for Warrant or Summons for Offender under Supervised Release filed on January 5, 2026, and order granting Petition on January 6, 2026.  [Filing Nos. 41, 42.]  Defendant appeared in person with his appointed counsel Bill Dazey.  The government appeared by Barry Glickman, Assistant United States Attorney.  U.S. Parole and Probation appeared by Officer Jamie Roberts.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1.      The Court advised Defendant of his rights and provided him with a copy of the petition.  Defendant previously orally waived his right to a preliminary hearing.  [Filing No. 50.]

2.      After being placed under oath, Defendant admitted violation number 3.  [Filing Nos. 41, 42.]  Government orally moved to withdraw the remaining violations numbered 1 and 2, which motion was granted by the Court.

3.      The allegation to which Defendant admitted, as fully set forth in the petition, is:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **"You shall notify the probation officer within 72 hours of being arrested, charged, or questioned by a law enforcement officer."** |

On December 24, 2025, Mr. Brancheau was arrested by officers with the Indianapolis Metropolitan Police Department and booked into the Marion County Jail on criminal charges. In the early morning hours of January 2, 2026, Mr. Brancheau was released from the Marion County Jail. At the time of this petition, Mr. Brancheau has not reported his arrest or release from custody.

4.    The parties stipulated that:

(a)    The highest grade of violation is a Grade C violation.

(b)    Defendant's criminal history category is III.

(c)    The range of imprisonment applicable upon revocation of supervised release, therefore, is 5 to 11 months' imprisonment.

5.    The parties jointly recommended a sentence of 11 months incarceration with no supervised release to follow.  Defendant requested placement at FCI Milan, Michigan.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a) and § 3583(e), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 11 months with no supervised release to follow.  The Magistrate Judge makes a recommendation of placement at FCI Milan, Michigan.

The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 4/2/2026

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system